UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-01642 |
|---|---|---|---|

SHELLY R. IVY a/k/a SHELLY R. HARVEY

*versus*

NAVIENT SOLUTIONS, LLC

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Michael R. Horne<br>Hunton Andrews Kurth, LLP<br>1445 Ross Avenue, Suite 3700<br>Dallas, Texas 75204<br>(214) 979-2931; mhorne@huntonak.com<br>Texas: 24083200<br>N.D. Tex. (same) |
|---|---|

| Name of party applicant seeks to appear for: | Navient Solutions, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __  __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/27/2019 | Signed: | /s/Michael R. Horne |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:                 Clerk's signature

**Order**            **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                                                                United States District Judge